E-FILED
Monday, 21 August, 2017  04:11:09 PM
Clerk, U.S. District Court, ILCD

Mr. Berry Johnson
B33367, Box 99
Pontiac, IL 61764
August 17, 2017

# EXHIBITS

| DATE | SIGNATURE | OFFICE | POSE | NOTARIZED |
|------|-----------|--------|------|-----------|
| 10-19-16 | Grievance MAM. Melvin | warden | 2 | |
| 11-21-16 | Grievance Mr. M. Melvin | warden | 2 | |
| | Narrative Mr. Berry Johnson | | 16 | yes |
| 8-17-17 | Affidavit Mr. Berry Johnson | | 1 | yes |

17

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: Oct. 19, 2016 | Offender: (Please Print) BIERRA Johnson | ID# B33367 |
|---|---|---|

Present Facility: PONTIAC CORRECTIONAL CTR    Facility where grievance issue occurred: PCC

**NATURE OF GRIEVANCE:** MEDICAL DELAY and DENIAL

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [x] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify):

- [ ] Disciplinary Report: ____/____/____
      Date of Report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

ON Sunday, Oct. 16, 2016, I NOTICED Blood ON my

Right foot, the 2nd TOE. I am an INSULIN
                                    BIERRA JohnsEN B33367
DEPENDENT diaBETIC, Whom HAs HAd FIVE TOES UN

my lefs foot, Amputated IN maRch of 2016,

BECause of VERY Poor diaBETic Foot CARE

Relief Requested: TO Be SeeN By, DR. Todd C. SNOEY INK. DPM
1701 EAST COllEGE AVE. Bloomington, IL 61704
(309) 664 3038    foRthwith!

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| BIERRA Johnson | B33367 | 10/19/16 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

                                                          18

| BIERRA Johnson | B33367 | 12/11/16 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: 11/9/16    Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Michael P Lumbrun    dec
Chief Administrative Officer's Signature                    11/9/16
                                                          Date

And GANGRENE.

Accordingly, I NOTIFIED NURSE JACK OVERFELT, ON MONDAY, October 17, 2016, AT 4PM.

MOREOVER, I WAS SEEN AND EXAMINED, By DR. ANDREW TILDEN, M.D., whom is also the MEDICAL DIRECTOR, HERE AT the P.C.C.

DR. TILDEN PRESCRIBED, CEPHALEXIN 500mg And CIPROFLOXACIN, 500 mg.

Furthermore, I need to be seen and EXAMINED By DR. ~~ANDREW Todd C. SNOEYINK~~ DR. Todd C. SNOEYINK, DPM, Whom SAVED the AMPUTATION of my LEFT LEG, ABOVE AND BELOW the KNEE.

RELIEF REQUESTED:

TO Be SEEN By DR. Todd C. SNOEYINK, DPM 1701 EAST COLLEGE AVE, BLOOMINGTON, IL 61704 (309) 664-3038 Forthwith!

AS SOON AS possible!

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: NOV 21, 2016 | Offender: (Please Print) Berry Johnson | ID# B33367 |
|---|---|---|

Present Facility: PONTIAC CORRECTIONAL CTR.   Facility where grievance issue occurred: P.C.C.

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [x] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): ____

AMPUTATION 2nd TOE Right foot

- [ ] Disciplinary Report: ___/___/___  Date of Report   Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON SUNDAY October 18, 2016 I Noticed Blood on my Sock on my Right foot. I Immediately gave Notification to JACK OVERFELT whom is A REGISTERED NURSE, HERE at the P.C.C.

Berry Johnson B33367

According, In March of 2016, I had All five TOEs on my Left foot AMPUTATED, BECause of diabetes, GANGRENE And very INEXCUSABLE diabetic foot CARE, HERE By the PONTIAC CORRECTIONAL CENTER.

**Relief Requested:** COMPENSATORY, as well as PUNITIVE monetary damages, for the amputation of the 2nd TOE on my Right foot. DELIBERATE INDIFFERENCE — medical malpractice

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Berry Johnson | B33367 | 11, 21, 16 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

| Berry Johnson | B33367 | 12, 11, 16 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: 12/5/16   Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Michael ____   12-, 5, 16
Chief Administrative Officer's Signature   Date

Exhibit #2

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

BERRY JOHNSON
B33367 - 11-21-16

TUESDAY, OCTOBER 18, 2016

DR. ANDREW TILDEN, M.D. WHOM is the MEDICAL DIRECTOR HERE at the PONTIAC CORRECTIONAL CENTER, ACKNOWLEDGED the BLOOD ON the 2nd TOE, of my RIGHT FOOT.

MEDICAL MALPRACTICE ○ MEDICAL NEGLIGENCE

MOREOVER, DR. TILDEN, KNEW of the FEASIBILITY of my 2nd TOE, of BEING INFECTED, as WELL as the PRACTICALITY, thus GANGRENE WOULD INDUBITABLY INVADE AND AFFLICT my RIGHT FOOT.

DELIBERATE INDIFFERENCE    WROTE

THEREFORE, DR. TILDEN then WROTE a MEDICAL ORDER on TUESDAY OCTOBER 18, 2016, FOR a MEDICAL DRESSING change on the 2nd TOE on my RIGHT FOOT EVERYday. HOWEVER, the TOE DISCOLORED (BLACK) DISTORTED AND DELETERIOUSLY CRITERIAIZATING.   DETERIORATED.

FURTHERMORE, I was SEEN by DR. TODD C. SNAVELINK, DPM ON MONDAY, OCTOBER 31, 2016, IN WHICH was THIRTEEN (13) DAYS, AFTER DR. TILDEN VIEWED AND EXAMINED THE TOE HIMSELF. MEDICAL delay on my VERY SERIOUS MEDICAL needs is UNCONSTITUTIONAL.

SUBSEQUENTLY, BECAUSE OF UNNECESSARY MEDICAL delays, or MEDICAL DENIAL of my VERY SERIOUS needs, the TOE, was AMPUTATED, ON SATURDAY, OCTOBER 19, 2016, by DR. BRIAN LEE HAMM, DPM at ST. JOSEPH'S MEDICAL CENTER, IN BLOOMINGTON, Ill.

BELIEF REQUESTED

COMPENSATORY, as WELL as PUNITIVE MONETARY damages, FOR the UNNECESSARY AMPUTATION of my 2nd TOE ON my RIGHT FOOT.

⑧ DELIBERATE INDIFFERENCE    BERRY JOHNSON
                             B33367, 2016
⑧ MEDICAL MALPRACTICE        NOV. 21.

⑧ MEDICAL NEGLIGENCE

MR. Berry Johnson
B33367, Box 99
Pontiac, Il. 61764

# NARRATIVE

October 15, 2016, Saturday.

1. My Right Foot was Torrribably Painful.

Oct. 16 2016, Sunday.

2. After Sunday Church Services, IN the SPC CELLL-House, I went to the Shower, ON Five Gallery, where I Resided.

3. While I was undressing, I Noticed Blood on the 2nd Toe, of my Right Foot.

4. By me Being an Insulin dependent diabetic, I Knew that, Blood on my Toe, was nefarious.

5. Also, my Right Foot was Noticeably distended, and Excruciatingly Painful.

2o

Exhibit #3

B. Johnson
B33367

Pg2

6. I Shower, and CLEANED, as WELL AS bandaged

my Bleeding, painful, 2nd TOE. (Right foot)

Monday OCt. 17, 2016

7. At 1530 Hours (3:30 pm) I Went to the

medical Session, IN SPt, To Inject my

Twice daily, Insulin Injection.

8. I gave a written Note, to Nurse Jack

OVERFELT, to Please advise Dr. Tilden, m.D.,

Whom is the PENITENTIARY'S attending physician,

and also, the medical DIRECTOR. I needed

to See Dr. Tilden, Post Haste!

Tuesday Oct. 18, 2016

9. UPON my ARRival, at the Health Care Unit,

Dr. Tilden, Had me to take off my Right Shoe,

Mr. B. Johnson

3

and sore. Dr. Tilden viewed the bleeding

toe, on my Right foot, and shook his head

in unbelievable, perplexing, bewilderment.

10. My Right foot was aching, I was in

tormenting misery, and I conveyed

my feelings to, Dr. Tilden, M.D.

11. In March, of 2016, I had five toes, on

my left foot amputated. Because of very poor

diabetic foot care, at the Same Health care unit.

Deliberate Indifference!

12. Dr. Tilden, prescribed, cephalexin, 500mg, and

Ciprofloxacin, 500 mg. I was in Agonizing

Pain. I cried!

21

4

13. I Implored to DR. Tilden, that I needed to be examined by, DR. Todd C. Snoeyink, DPm, whom saved the amputation of my Left Leg, because, Gangrene, in march, of 2016.

14. my Right foot was exceedingly distended.

15. I was afraid that Gangrene, would Result in me Having my Right foot amputated. I also conveyed my feelings to DR. Tilden.

16. I Begged DR. Tilden, to please Seen me out on an Emergency medical writ, to Be examined, By, DR. Todd C. Snoeyink, DPm, But, to no avail.

17.  Dr. Tilden venomasly denied and delayed, my very serious medical needs, By not sending me on an emergency medical writ, so that I could have been examined, By the Podiatrist whom saved me from having my left leg amputated.  Deliberace Indifference!

18.  Please Be (Reference:

Dr. Todd C. Savoryink, DPM  (Podiatrist)
(309) 664-3038
1701 East College Ave., Bloomington, IL 61704

19.  I was overwhelmingly fearful, that Gangrene would infect my Right foot, and f I feared, that I would have my Right foot, or Right leg amputated.

22

6

20. DR. ANDREW Tilden, M.D., Rejected and Refused my INTENSE depROve plEA.

21. I WAS dumBfaunded and aghast, AT DR. Tilden's OBliviousness; to my very Serious medical Needs.

22. TUESday, OCt. 18, 2016 / Health Care unit DR. Tilden ordered for me, TO Have a Wound dressing cHange, EVERy other day.

23. DeliBRate INdifference TO my EXtremly SeRious medical Needs, as well as delay IN medical TREatment, is a CONSTitutional Violation of my Rights, under the Eighth Amendment of CRuel and unusual Punishment.

7

24. Additionally, the Aforementioned Bleeding Sore, was oozing a Fah Smelling Putrid Liquid.

25. DRessing changes:

| Date | Nurse |
|------|-------|
| TUE, 10/18/16 | |
| Thurs, 10/20/16 | Hansen |
| Sat., 10/22/16 | BBian |
| Mon, 10/24/16 | Hansen |
| Wed., 10/26/16 | Stephanie |
| Fri., 10/28/16 | None |
| Sun., 10/30/16 | Paul - 7pm |

26. Friday, Oct. 28, 2016

Consequently, on Friday, october 28, 2016, I did not Recieve a Health Care pass, to Have a Wound dRessing change. However, I Apprised Lieutenant Reggie BReweR, that, for I did not Recieve a Health care pass, for, Fri. 10/28/16,

23

8

FOR REASONS, UNBEKNOWNST TO ME, I did not

RECIEVE A HEALTH CARE PASS. LIEUTENANT BROWN

Telephoned Someone in the HEALTH CARE UNIT,

and I was SUBSEQUENTLY INFORMED, That I

would be going to the H.C.U., FOR a DRESSING

change, at 2:00PM.

27. OCT. 28, 2016, 2PM

UPON my ARRIVAL at the H.C.U., NURSE
"GEORGIA" REFUSED TO change my wound DRESSING.

28. My Right FOOT, was EXCEEDINGLY painful,

and EGREGIOUSLY distended, and Bleeding

INSURMOUNTABLY. "Gangrene"!

29. SUNDAY, OCT 30, 2016, 7PM

I was Taken TO the H C U, in a Wheelchair.

Nurse Paul, changed my Wound dressing.

30. Monday, October 31, 2016

After 12 painful and Tormenting days and
nights, I Finally went on a medical writ,
to See, DR. Todd C. Snoeyink, DPm,
(309) 664-3038
1701 East College Ave., Bloomington, IL 61704

31. DR. Snoeyink, was Puzzled; Befuddled;
disturbed; and upset, that it took 12 days
For me, to get into his office.

32. DR. Snoeyink, DPm, made an appointment
For me to be examined by DR. Jesse L. Vanle, m.D,
whom is a Vascular Specialist.

33. Tuesday, November 1, 2016                    24
DR. Jesse L. Vanli, m.D, Vasu Vascular Spec.

10

1505 Eastland Dr. Bloomington, IL

Circulation Test, Right Lower Extremity Test

c/o Eddins / Escort c/o.

Friday, November 4, 2016

DR. Jesse L. Vauhi, M.D., I was given the

Results of my Circulation Test, on my Right leg.

I Had Peripheral Artery disease. (P.A.D.)

34. Monday, November 7, 2016: Dressing change.

35. Tuesday, November 8, 2016: Dressing Change.

36. Wednesday, Nov, 9, 2016: Right foot painful

37. Thurs, Nov, 10, 2016: Right foot painful

38. Fri, Nov 11, 2016 No dressing change

Gangrenous Scevah - Right foot.

39. Wednesday November 16, 2016

Wednesday, Nov. 16, 2016   (Femoral Artery)

Angiophasty - Stent Inserted In my

Right Femur Artery, By DR. Jesse L. Vonhi, M.D

40. Thursday, Nov. 17, 2016.

Daily Dressing change, I was seen by

DR. Tilden, my Right Foot was distended.

41. Moreover, the 2nd Toe, on my Right Foot, was

Exuding a malodorous, Fetid, Rancid

Stench.. The Stench was undeniably that

of the Malignant gangrenous Necrosis.

42 Friday, November 18, 2016

Wound dressing change, DR. Tilden, finally

decided, that the aforementioned Toe was

25

12

Gangrenous, and UNRECOVERABLe, Hopeless,

Because of Medical NEghigence, and Medical

Malpractice.

43. Friday, November 18, 2016

I went on on Emergency Medical Writ,

To Saint Joseph's Hospital, IN Bloomington, IL.

I was admitted, Because of the gangrene, in

my Right Foot.

44. Saturday, November 19, 2016

DR. Brion Lee Hamm, M.D. ₹ DPM,

Amputated the 2ⁿᵈ Toe, on my Right foot

45. Sunday, November 20, 2016

After the amputation, on Saturday, I was

discharged on Sunday, Nov. 20, 2016

13

46. Monday, November 21, 2016

Severe uncontrollable pain, following the

amputation of the 2nd TOE, on my Right foot.

47. Tuesday, Nov. 22 2016

Continued Pain!

48. Dr. Andrew Tilden, M.D., is Blameworthy

for the amputation of the 2nd TOE, on my

Right foot, By Purposefully, and Intentionally

denying as well as delaying the proper medical

treatment of my Very serious medical needs.

Dr. Tildens, Intentional delay Exasperated

the deterioration of my TOE, that Resulted

into the TOE becoming Gangrenous.        26

MARK G SPENCER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020

Aug 7, 2017

MR. Berry Johnson

# GANGRENE

1. MORTIFICATION OF A PART OF THE BODY CAUSED BY INTERFERENCE WITH THE LOCAL NUTRITION.

2. MORTIFICATION = GANGRENE NECROSIS ESP MORTIFICATION OF BODILY TISSUE N FROM A LOSS OF BLOOD SUPPLY - BURNING ECT.

3. MALIGNANT = TENDING OR THREATING TO PRODUCE death.

4. VIRULENT = CHARACTERIZED BY Rapid CAUSE And Malignancy - OF disease, INFECTION, ECT.

5. MALPRACTICE / MALPRACTIONER TREATMENT OF A CASE BY SURGEON OR physician IN A MATTER CONTRARY TO ACCEPTED Rules And

28

And with Injurious Results to the patient.

Negligence = Failure to Exercise the

care that the Circumstances Justly demand.

6. Necrosis = Death of Tissue, as From loss

of Blood Supply, Burning Ect,

Berry Johnson

Aug 7, 2017

MARK G SPENCER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020

COUNTY OF )
LIVINGSTON

MR. Berry Johnson
B33367. Box 99
**AFFIDAVIT**   Pontiac, IL 61764
August 17, 2017

I _Berry Johnson_____ do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

This AFFIDAVIT is being written to clarify my exact age.
I was born on May 18, 1943. 5-18-43. December.
Power of Attorney: my Daughter

1. Ms. Roxanne Denise Johnson - 4-28-76
2. Dr. Bernard A. Johnson, D.D.S. my loving Brother
3. Ms. Tracey Elon Johnson, Niece
4. Ms. Yerri Ann Johnson, Niece

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

29

Signed on this 21 day of _Aug_____ 2017

_Berry Johnson_____
Affiant

MARK G SPENCER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020