# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

## NOTICE FOR ALL PARTIES FILING DOCUMENTS CONCERNING PRIVACY ISSUES

This court now makes documents available electronically through the Court's Case Management Electronic Case Filing System (CMECF). Documents filed by Pro Se parties will be electronically scanned and uploaded into CMECF. The content of these documents will also be made available on the Court's Internet webpage via PACER (Public Access to Court Electronic Records). Any subscriber to CMECF or PACER will be able to read, download, store, and print the full content of electronically filed documents. The clerk's office will not make electronically available documents that have been sealed or otherwise restricted by court order.

If sensitive information must be included, the following personal identifiers must be partially redacted, whether it is filed traditionally or electronically as follows:

(a) Social Security Numbers - Use only the last four digits.

(b) Minor's Names - Use the minor's initials.

(c) Date of Birth - Use only the year.

(d) Addresses - Use only City and State.

(e) Driver's License Number - Use only the last four digits.

(f) Financial Account Numbers - Identify the name or type of account and the financial institution where maintained, but use only the last four digits of the account number.