UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Berry Johnson, #B-33367, )
    Plaintiff, )
vs. ) No. _____
Andrew Tilden, et al, )
    Defendant(s) )

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Berry Johnson, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

Contacted by mail Uptown People's Law Center's Alan Mills, Atty; Contacted by mail Lovey & Lovey's Susan Lovey, Atty; Contacted by mail People's Law Office Flint Taylor, Atty. The foregoing attorneys were written letters by the Plaintiff requesting pro bono legal representation. Responses are pending.

3. In further support of my motion, I declare that (check appropriate answer):

    [X] I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

    [ ] I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

SCANNED at PCC and E-Mailed
8/21/17 (date) by KR (initials)
4 (# of pages)

4. In further support of my motion, I declare that (check appropriate answer):

__✓__ I have attached an original application to proceed in forma pauperis detailing my financial status.

_____ I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____ I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_M.B. Berry Johnson B33367_
Movant's Signature

_P.O. Box 99_
Street Address

_Pontiac, Illinois 61764_
City/State/Zip Code

Date: _August 2, 2017_

MARK G SPENCER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020

10/94

2

V2

# ATTORNEYS

1. UPTOWN PEOPLE'S LAW CENTER

   Atty. Alan Mills, 4413 North Sheridan, Chicago, IL 60640

2. Lovey and Lovey, Atty. Susan Lovey

   (312) 243-5900
   311 North Aberdeen St, 3rd Floor

3. People's Law Office, Atty. J. Shine Taylor

   1180 North Milwaukee, Chicago IL 60622
   (773) 235-0070